IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-2064 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES HENRY GANT | ) | |
| ERIC FREDERICK WILLIAMS | ) | |
| ANTHONY WALKER ALPHONSO THOMPSON | ) | |
| WILLIAM JACOBY HALLOWAY | ) | |
| LINDSAY TYRONE LEAPHART | ) | |
| | ) | |

PRELIMINARY ORDERS OF FORFEITURE
AS TO CAPTIONED DEFENDANTS

1. On February 22, 2012, a federal grand jury in this district returned a multi-count Second Superseding Indictment charging the Defendants, Charles Henry Gant, Eric Frederick Williams, Anthony Walker Alphonso Thompson, William Jacoby Halloway, and Lindsay Tyrone Leaphart ( "Defendants"), with various offenses related to drug trafficking, in violation of 21 U.S.C. §§ 841, 843 and 846, and federal firearms offenses, in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1).

2. The Second Superseding Indictment provided that upon the Defendants' conviction, certain property enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c). The forfeitable property is identified as follows:

### Firearms/Ammunition

(a) Glock Model 32 .357 caliber pistol
    Serial# FAK779US
    Asset ID: 12-FBI-001308

(b) Taurus .357 caliber Model 650SS2 revolver
    Serial # YC65051
    Asset ID: 12-FBI-001308

(c) Taurus .38 Model 80 caliber revolver
    Serial # 738524
    Asset ID: 12-FBI-001308

(d) Smith and Wesson M&P 15 AR-15
    Serial# SW11202
    Asset ID: 12-FBI-001308

(e) Rossi .38 caliber revolver
    Serial # D603445
    Asset ID: 12-FBI-001308

(f) Charter Arms, Model Pathfinder, .22 revolver caliber
    Serial# 93545
    Asset ID: 12-FBI-001308

(g) Smith and Wesson Model 4046 .40 caliber pistol
    Serial# TYP4492
    Asset ID: 12-FBI-001308

(h) 82 rounds of .357 Magnum caliber ammunition
    Asset ID: 12-FBI-001308

(I) 10 rounds of 5.56mm caliber ammunition
    Asset ID: 12-FBI-001308

(j) 23 rounds of .40 caliber ammunition
    Asset ID: 12-FBI-001308

(k) 19 rounds of 9mm caliber ammunition
    Asset ID: 12-FBI-001308

(l) 44 rounds of .357SIG caliber ammunition
    Asset ID: 12-FBI-001308

(m) 19 rounds of .38 caliber ammunition
Asset ID: 12-FBI-001308

(n) 8 rounds of .32 caliber ammunition
Asset ID: 12-FBI-001308

(o) (3) 410 gauge shotgun shells
Asset ID: 12-FBI-001308

(p) (1) 20 gauge shotgun shell
Asset ID: 12-FBI-001308

3. On April 27, 2012, and May 7, 2012, the Defendants pled guilty to Count 1 of the Second Superseding Indictment, charging them with conspiracy to posses with the intent to distribute 5 kilograms or more of cocaine and 280 grams or more of cocaine base (commonly known as "crack" cocaine), in violation of 21 U.S.C. §§ 841 and 846.

4. Based upon the Defendants' conviction, and other matters appearing in the record, the court has determined that the below-described property is subject to forfeiture, in that such property was derived from illegal drug proceeds and/or was used or intended to be used to facilitate the transportation, sale, receipt, possession, and/or concealment of controlled substances. The court finds that the Defendants have an interest in such property, and that the property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c).

5. The court has further determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which the Defendants been convicted; therefore, pursuant to 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), the property shall be forfeited to the United States, subject to the provisions of 21 U.S.C. § 853(n) governing third party rights.

6. The court further finds that the United States is entitled to a judgment of forfeiture and possession of the property pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The below-described property, and all right, title, and interest of the Defendants in and to such property, is hereby forfeited to the United States of America, for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n), governing the rights of third parties who may claim an interest in such property.

<u>Firearms/Ammunition</u>

(a) Glock Model 32 .357 caliber pistol
Serial# FAK779US
Asset ID: 12-FBI-001308

(b) Taurus .357 caliber Model 650SS2 revolver
Serial # YC65051
Asset ID: 12-FBI-001308

(c) Taurus .38 Model 80 caliber revolver
Serial # 738524
Asset ID: 12-FBI-001308

(d) Smith and Wesson M&P 15 AR-15
Serial# SW11202
Asset ID: 12-FBI-001308

(e) Rossi .38 caliber revolver
Serial # D603445
Asset ID: 12-FBI-001308

(f) Charter Arms, Model Pathfinder, .22 revolver caliber
Serial# 93545
Asset ID: 12-FBI-001308

(g) Smith and Wesson Model 4046 .40 caliber pistol
Serial# TYP4492
Asset ID: 12-FBI-001308

      (h)      82 rounds of .357 Magnum caliber ammunition
                  Asset ID: 12-FBI-001308

      (I)       10 rounds of 5.56mm caliber ammunition
                  Asset ID: 12-FBI-001308

      (j)       23 rounds of .40 caliber ammunition
                  Asset ID: 12-FBI-001308

      (k)      19 rounds of 9mm caliber ammunition
                  Asset ID: 12-FBI-001308

      (l)       44 rounds of .357SIG caliber ammunition
                  Asset ID: 12-FBI-001308

      (m)    19 rounds of .38 caliber ammunition
                  Asset ID: 12-FBI-001308

      (n)      8 rounds of .32 caliber ammunition
                  Asset ID: 12-FBI-001308

      (o)      (3) 410 gauge shotgun shells
                  Asset ID: 12-FBI-001308

      (p)      (1) 20 gauge shotgun shell
                  Asset ID: 12-FBI-001308

2. Upon entry, this order becomes final as to the Defendants, and shall be made a part of their sentence and included in the criminal judgment;

3. The United States shall publish notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the said property;

4. Upon entry of this Order, the United States Marshal's Service or their designee is authorized to seize the above-described forfeited property as directed by the United States Attorney's Office and to commence proceedings that comply with statutes governing third party rights;

5. Any person, other than the named Defendants, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c);

6. Any petition filed by a third party asserting an interest in the above-described property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in such property, and additional facts supporting the petitioner's claim and the relief sought;

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues;

8. The United States shall have clear title to the property following the court's determination of all third party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions;

9. The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e);

10. The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

IT IS SO ORDERED.

August 1, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge